Hamid Michael Hejazi
Inmate ID # 3925882
Lane County Adult Corrections
101 West 5th Avenue
Eugene, OR 97401

In The United States Court Of Appeals For The District Of Columbia

| | |
|---|---|
| Hamas, | Case No. |
|    Petitioner, | |
|    vs. | |
| United States, | Judicial Review |
| United States Department of State, | Request: Foreign |
| and United States Secretary | Terrorist Organization |
| of State, | (FTO) Designation |
|    Respondents. | (8 U.S.C. § 1189(c)(1)) |

## 1. Parties

Hamas, petitioner, is the Palestinian Islamic Resistance Movement, a military division of the government of the nation of Palestine* — designated as a Foreign Terrorist Organization (FTO) by the respondent(s). United States (US), US Department of State (USDS), and US Secretary of State (USSS), respondents, are jointly a national government located within the continental Americas; jointly the US.

Contact Information:

Hamas     Hamid Michael Hejazi (for Hamas)
              c/o Sheila Thomas - LILA
              20 East 13th Avenue
              Eugene, OR 97401
              ph. (541) 607-7020 (msg)

---

* With longstanding sovereign territories illegally occupied.

| | |
|---|---|
| United States | Pam Bondi (for United States) |
| | Attorney General |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue NW |
| | Washington, DC 20530 |
| | |
| US Dept. of State | |
| and US Secretary of State | U.S. State Department |
| | 2201 C street NW |
| | Washington, DC 20520 |
| | Ph. (202) 647-4000 |

### 2. Jurisdiction

Petitioner relies upon 8 USC §1189(c)(1) judicial review and all other relevant and prevailing laws, regulations, common-law standards, and natural justice; over which this court has jurisdiction.

### 3. Claim(s)

The respondent's, jointly the US, and severably, the respondents' designation of Petitioner as a FTO is improper and due relief — in that the designation, by history, errs as to the reality of Hamas's military status as a division of the government of Palestine; and, the petitioner aids with defense and peace-keeping, including law enforcement functions within Palestinian territories — including those now

being illegally occupied; wherein Petitioner has assumed a military, humanitarian, and governance role — as overlooked in error by the respondent(s).

The Diplomatic Security Service of the USDS has merely delineated a division, albeit a prominent one, of the Palestinian military/defense forces and civil aid structures to designate: as a FTO; noteably, there being important distinctions concerning the lawfulness of Hamas, and thereby the longstanding soverignty of Palestine, the nation, being overlooked — much intelligence upon the role that Hamas plays in the lives of the people of Palestine, that the respondents are fraudulently concealing, demonizing Palestine, and; in breach of international laws, the laws of war, Hague, Geneva, and Neuremberg doctorines, etc, violating the right of Palestine to self-determination, self-defense, and to resist illegal occupation — the basis upon which the petitioner argues for 'Hamas' immunity; as extending from the 'soverignty of Palestine'.

The has never been a lawful basis for the respondent(s) or any other entity (ie. the United Nations) to have ever tendered away Palestine's territory to any other state, agency, or religious settlement endeavor (ie. Jewish Zionism) — and thus the military endeavors of the petitioner, by Hamas or any other military division of Palestine to resist illegal occupation, invasion, or economic sanction is lawful 'use of force' engagement.

In delineating from among militants within Palestinian territories (by history)—which is in truth of fact and law: one unified territory (migrants being welcome to apply for immigration and residency status, onto citizenship in Palestine—never to merely occupy Palestinian land(s))—the respondent(s) needed to attend to the changing circumstances within the government of Palestine, rather than divest interest in the same, under the auspice or pretence of being allied with the illegal occupation thereof; respondent(s) thereby having violated international law as to the law of nations, the respect owed to foreign armies and sovereignty, the petitioner, Hamas, having assumed a governing authority within the nation of Palestine, the state of.

The are important ramifications and policy implications to the conduct of the respondent(s) in the regards of Hamas— as extending to other military entities, often dismissed as 'Islamic Militants' (as though religion deligitimizes forces, and it does not), such as Iranian Basij, which (never to excuse harm of innocents, kidnapping (arrest without probable cause and due process), or any breach/violation of the United Nations' International Rules of Engagement), as such 'Islamic' (or any religious-alligned) military entities acting by direction of a nation-state act fundamentally in coherence with the laws of 'just war', the laws of nations, and the principles of jihad (holy war) as set

forth in the Holy Qur'an, Holy Bible, and other texts.
   Retrenchment of the respondents against the petitioner, as the respondents broadly espouse — that all Islamic militancy is inately terroristic or bad (as Muslim), or that any resistance to Palestine's sovereignity and right to resist illegal occupation and dangers, is itself a holocaust, that perpetually despoils several nations; and, keeps the respondents — and the people, including armed forces of the United States — in a constant state of hostility and disharmony. Evidence of the harms to Americans can be seen by the manner in which the State of Oregon, through attorney Matthew Cox, in the name of the Kukux klan (KKK) have seiged Mosque Shoja'at* in Eugene, Oregon — as they have sought to raise the specter, under the pen of (Klansman) Chief of Police Christopher Skinner, in Eugene, Oregon, that the mere presence of Arabic script, found on 'my' facebook profile was grounds enough to profile and target 'me' (this author — personally) as an "Arab" (Skinner's words) 'Enemy Combatant', and so 'to be treated by local police as though I were encounted in the 'Arab' battlefield' (see FBI Eugene field Office report 24-83, Special Agent Hunter Fisk) — thereby making the City of Eugene an 'enemy of Islam' and guilty of several hate crimes; justifying Islamic militant jihad and justified-force resistance. The respondents by their entrenchment against all (any) guises

of Islam or Arabia, the House of Hejaz (and Mecca), create the terror that they battle, but such does not constitute that, merely by label alone, by language or faith, that the petitioner, Hamas, as Iranian Basij, are FTOs.

### 4. Procedures

Respondent(s) designated the petitioner as a FTO in 2024 and 2025 (as by history).

### 5. Relief

Petitioner should be granted remission (removal) from its (their) designation as a FTO; and all other remedies deemed just and proper.

I declare under penalty of perjury that the foregoing is true and correct.
 Executed on June 10, 2025

*Michael [signature]*
(signature)
Hamid Michael Hejazi
— For Hamas

Given in the name of Allah, the most Merciful, the most Compassionate.

Proof of Service follows.

Proof of Service

I, Hamid Michael Hejazi, certify that today I caused a copy of the enclosed 'Judicial Review Request' to be mailed to the respondents' counsel, at:

Pam Bondi,
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

Signed,

Dated, June 10, 2025

*Michael [signature]*

Hamid Michael Hejazi

Certificate of Agency and Membership follows.

Certificate of Agency and Membership

I, Hamid Michael Hejazi, am a sworn agent and member of the Palestinean (Palestine) Islamic Resistance, Hamas; and I act for Hamas, my organization, and for the government of Palestine: in my filed 'Judicial Review Request' petition enclosed.*

Dated, June 10, 2025

Signed,
*Michael~~*
Hamid Michael Hejazi

*Attn: United Nations Security Council;
International Court of Justice;
International ~~[illegible]~~ Criminal Court;
South African Government;
Iranian Parliment;
and Robin Joan Whitehead,
Governatrix of Iran.

— 81 FOREVER —

Free free Palestine!

For Kingdom Hejaz.

Hamid M. Hejazi
Inmate 3925882
Lane County Jail
101 West 5th Ave.,
Eugene, OR 97401



PORTLAND OR 972

17 JUN 2025 PM 6 1

Legal Mail

US Court of Appeals for DC
333 Constitution Avenue NW
Washington, DC 20001

20001

20001-286699

Legal Mail

INMATE'S MAIL
Lane County Adult Corrections
101 West 5th Avenue
Eugene, OR 97401