# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-1146**                                        **September Term, 2025**

**DOST-06/16/2025 Letter**

**Filed On: November 24, 2025** [2146946]

Hamid Michael Hejazi,

      Petitioner

    v.

United States of America, et al.,

      Respondents

**O R D E R**

Upon consideration of petitioner's motion for extension of time to respond to the dispositive motion, it is

**ORDERED** that the motion for extension of time be granted.  The response to the motion to dismiss docketed on November 17, 2025 is deemed timely filed.  Any reply to the response is due December 4, 2025.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Catherine J. Lavender
     Deputy Clerk